**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Dexter LaTodd Rutledge
and Vaunita Renee Rutledge
aka Vaunita Renee Jennings
aka Vaunita Renee Stanley

CHAPTER 13
CASE NO. 8:26-bk-09094-RCT

Debtor(s)
_______________________________/

**NOTICE OF APPEARANCE FOR CREDITOR ON A LIMITED BASIS PERTAINING TO SPECIFIED COLLATERAL AND SPECIFIED LIEN PRIORITY**

COMES NOW, the firm of Kass Shuler, P.A. and files this Notice of Appearance On A Limited Basis as counsel for the following Creditor:

FIFTH THIRD BANK NATIONAL ASSOCIATION

in regards to the Creditor's claim pertaining to the following identified Collateral and Lien Position:

Collateral[1]: 5331 LAKEHURST CT
PALMETTO, FL, 34221

Lien Priority[2]: First Mortgage

1. The firm be should be added to the Matrix for this Creditor in regards to the Collateral as:

FIFTH THIRD BANK NATIONAL ASSOCIATION
c/o George Zamora
P.O. Box 800
Tampa, FL 33601

2. This is not a general Notice of Appearance. The firm only represents the Creditor in regards to the Creditor's claim for the specified lien priority and for the specified collateral described above. The firm does not represent the Creditor generally in regards to other claims and other lien priorities unless a separate Notice of Appearance is filed and can not accept service of pleadings directed to the Creditor regarding other claims the creditor may have in this case.

3. This is not a Notice of Appearance regarding entities related to the Creditor. The firm can not accept service of pleadings directed to other corporate entities which may be

[1]Contact the signer of this Notice of Appearance for the Legal Description of Collateral consisting of Real Property.

[2]Creditor believes its lien is in the indicated priority; however, the Court has not determined the priority of any liens in this case.

affiliated with the Creditor in some way as these other entities are separate entities and are in fact different creditors in this case.

/s/ George Zamora
George Zamora
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext.
Fax: (813) 229-3323
gzamora@kasslaw.com
Florida Bar No. 871605

Dated: October 12, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on October 13, 2026, by U.S. Mail: Dexter LaTodd Rutledge and Vaunita Renee Rutledge aka Vaunita Renee Jennings aka Vaunita Renee Stanley, 5331 Lakehurst Ct, Palmetto, FL 34221; and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to on October 12, 2026: Kristina E. Feher 1275 66th Street N., #40042, St. Petersburg, FL 33743; Kelly Remick, Trustee Post Office Box 89948, Tampa, FL 33689.

/s/ George Zamora
George Zamora (x)

2642242/mlh