**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: Case No. 8:26-bk-09094-RCT
Chapter 13

DEXTER LATODD RUTLEDGE and
VAUNITA RENEE RUTLEDGE

Debtor.[1]
_________________________/

**TRUSTEE'S OBJECTION**
**CONCERNING CONFIRMATION OF THE PLAN**

TO: Clerk, United States Bankruptcy Court

Trustee's Recommendation to the Court. The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time and objects to confirmation based on the following:

1. The Trustee requests the following additional documents, to be provided within twenty-one (21) days unless otherwise specified, to determine if the Debtor has dedicated all disposable income to the Plan and/or met the best interest of creditors test:

   a. Debtor's 2024 and 2025 tax returns; and
   b. updated pay advices to be provided 2 weeks in advance of any continued confirmation hearing.

2. According to Schedules I and J, it does not appear that the Debtor has sufficient disposable income to fund the proposed Plan as required by 11 U.S.C. §1325(a)(6). An amended budget must be filed.

3. The Trustee reserves the right to request further information or raise further objections prior to or at the confirmation hearing.

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.

I HEREBY CERTIFY that a true and correct copy of the Trustee's Objection Concerning Confirmation of the Plan was furnished electronically and/or by First Class U.S. Mail to DEXTER & VAUNITA RUTLEDGE, 5331 Lakehurst Ct., Palmetto, FL 34221; and the U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, on this 5th day of November, 2026.

/s/ Lydia M. Gazda, Esquire
LYDIA M. GAZDA, ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0071842
Attorney for the Trustee

KR/LMG/jp