**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Dexter LaTodd Rutledge
and Vaunita Renee Rutledge
aka Vaunita Renee Jennings
aka Vaunita Renee Stanley

CHAPTER 13
CASE NO. 8:26-bk-09094-RCT

Debtor(s)
_______________________________/

**OBJECTION BY FIFTH THIRD BANK NATIONAL ASSOCIATION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE DEBTOR(S)**

FIFTH THIRD BANK NATIONAL ASSOCIATION("Creditor"), by the undersigned attorneys, objects to confirmation of the Plan ("Plan") as proposed by the Debtor(s) and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provision(s) to which this Objection is directed. In support of this Objection, the Creditor states as follows:

1. For value received, the Debtor(s) executed and delivered a Note and Mortgage ("Loan Documents") as evidence of indebtedness to Creditor. Said indebtedness is secured by property more particularly described in the Mortgage as: REAL PROPERTY LOCATED: 5331 LAKEHURST CT PALMETTO, FL 34221, LEGALLY DESCRIBED AS: LOT 158, WATERFORD PHASES IA AND IIA, A SUBDIVISION, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 43, PAGES 172 THROUGH 178, OF THE PUBLIC RECORDS OF MANATEE COUNTY, FLORIDA ("Collateral"). Reasons for objection:

**Failure to Provide for Full Payment of Prepetition Arrearages**

2. The Creditor has filed a claim which sets forth prepetition arrearages due and owing in regards to the loan account.

3. The Plan fails to provide for payment of the full amount of these prepetition arrearages through the Plan.

4. The Plan fails to comply with 11 U.S.C. §1325 (a)(5) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C. §361. In addition, Creditor does not agree to such treatment through the Plan.

5. Creditor will withdraw this Objection in the event that the Plan is amended to conform to the Creditor's proof of claim or otherwise satisfactorily address the issue(s) raised in this Objection.

WHEREFORE, Creditor prays for the entry of an appropriate order denying confirmation with respect to the Plan as proposed and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provisions to which this Objection is directed.

/s/ George Zamora
George Zamora
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900
Fax: (813) 229-3323
gzamora@kasslaw.com
Florida Bar No. 871605

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on November 17th, 2026, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Dexter LaTodd Rutledge and Vaunita Renee Rutledge aka Vaunita Renee Jennings aka Vaunita Renee Stanley, 5331 Lakehurst Ct, Palmetto, FL 34221; Kristina E. Feher, Esq., 1275 66th Street N., #40042, St. Petersburg, FL 33743; Kelly Remick, Trustee Post Office Box 89948, Tampa, FL 33689.

/s/ George Zamora
George Zamora

2642242/mlh